IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 17-CV-03201-TWT

KWABENA BOAKYE,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.; NCL
AMERICA LLC; PRIDE OF AMERICA
SHIP HOLDING, LLC; and NCL
AMERICA HOLDINGS, LLC, individually,

    Defendants.

_____/

## AFFIDAVIT OF BRETT BERMAN

| STATE OF FLORIDA | ) |
|---|---|
|  | ) SS |
| COUNTY OF MIAMI-DADE | ) |

Brett Berman, being duly sworn deposes and states:

1. I am over eighteen years of age and am fully competent to execute this affidavit.

2. My name is Brett Berman. I am the Director, Passenger and Crew Claims at Norwegian Cruise Line.

3. I am authorized to make this affidavit.

4. I am familiar with the allegations of Plaintiff's Complaint.

5. This affidavit is based on my personal knowledge as well as records kept in the ordinary course of business.

6. Pride of America Ship Holding, LLC is a Delaware limited liability company with its principal place of business in Florida. Pride of America Ship Holding, LLC's sole member is

NCL America Holdings, LLC, a Delaware limited liability company with its principal place of business in Florida.

7. Pride of America Ship Holding, LLC is not authorized to conduct business in Georgia.

8. Pride of America Ship Holding, LLC is not Plaintiff's employer. Pride of America Shipholding, LLC had no involvement with Plaintiff's service as a crewmember or his medical care and treatment.

9. Pride of America Ship Holding, LLC does not transact business in Georgia.

10. Pride of America Ship Holding, LLC does not own or possess any real property in Georgia.

11. Pride of America Ship Holding, LLC does not solicit business in Georgia or derive substantial revenue from goods used or consumed or services rendered in Georgia.

12. NCL America Holdings, LLC is a Delaware limited liability company with its principal place of business in Florida. NCL America Holdings, LLC's sole member is Norwegian Sextant Ltd, a company organized under the laws of England and Wales with its principal place of business in Florida.

13. NCL America Holdings, LLC is not authorized to conduct business in Georgia.

14. NCL America Holdings, LLC is not Plaintiff's employer. NCL America Holdings, LLC had no involvement with Plaintiff's service as a crewmember or his medical care and treatment.

15. NCL America Holdings, LLC does not transact business in Georgia.

16. NCL America Holdings, LLC does not own or possess any real property in Georgia.

CASE NO.: 17-CV-03201-TWT

17. NCL America Holdings, LLC does not solicit business in Georgia or derive substantial revenue from goods used or consumed or services rendered in Georgia.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

_____
BRETT BERMAN

SWORN TO and SUBSCRIBED TO before me on this 3rd day of October, 2017, by Brett Berman, who is personally known to me.

_____
NOTARY PUBLIC, State of FLORIDA

My commission expires:

> MARLEN PALMERO
> Notary Public - State of Florida
> Commission # FF 999311
> My Comm. Expires Jun 17, 2020
> Bonded through National Notary Assn.